NICHOLAS J. SANTORO (NV Bar No. 532)
JASON D. SMITH (NV Bar No. 9691)
SANTORO WHITMIRE, LTD.
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com
       jsmith@santoronevada.com

SUSAN L. GUTIERREZ (*Pro hac vice forthcoming*)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Tel.: (310) 557-2900 / Fax: (310) 557-2193
Email: sgutierrez@proskauer.com

NIGEL F. TELMAN (*Pro hac vice forthcoming*)
PROSKAUER ROSE LLP
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602-4342
Tel.: (312) 962-3548 / Fax: (312) 962-3551
Email: ntelman@proskauer.com

*Attorneys for Defendant,*
MCDONALD'S CORPORATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXANDRA MIDDLETON, individually, <br><br> Plaintiff, <br><br> vs. <br><br> SNOWED INN, LLC, a Nevada Limited Liability Company; and MCDONALD'S CORPORATION, a Delaware Corporation; <br><br> Defendants. | Case No.: 2:20-cv-00017-RFB-NJK <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR MCDONALD'S CORPORATION TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** <br><br> **[AMENDED FIRST REQUEST]** |

Plaintiff Alexandra Middleton and Defendant McDonald's Corporation, by and through their respective counsel, stipulate as follows:

1

| | |
|---|---|
| 1 | WHEREAS, on January 6, 2020, Middleton filed a civil complaint against McDonald's and others in this Court (the "Complaint") (ECF No. 1); |
| 3 | WHEREAS, on January 30, 2020, Middleton personally served McDonald's with the Complaint; |
| 5 | WHEREAS, McDonald's retained the undersigned counsel in connection with the above-captioned matter on February 19, 2020; |
| 7 | WHEREAS, McDonald's answer or other response to the complaint is currently due to be filed with this Court on February 20, 2020; |
| 9 | WHEREAS, the Complaint alleges four causes of action and includes 140 paragraphs that require specific responses; |
| 11 | WHEREAS, the undersigned counsel for McDonald's represents that, based upon their date of retention, good cause exists for additional time is needed in order to preliminarily investigate the facts underlying the claims in a manner sufficient for McDonald's to accurately and completely respond to each allegation, and to determine applicable affirmative defenses; |
| 15 | WHEREAS, McDonald's has not previously requested any extension of time to respond to the complaint; |
| 17 | WHEREAS, the parties' original submittal of this stipulation (ECF No. 11), was denied without prejudice (ECF No. 13), and the parties herein provide this Court additional information to support good cause for this stipulation; |
| 20 | THEREFORE IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED between the undersigned parties, good cause exists for the reasons set forth above, that the due date for McDonald's response to the complaint is extended to March 5, 2020. |

Dated: February 25, 2020

| LAGOMARSINO LAW | SANTORO WHITMIRE, LTD |
|---|---|
| */s/ Andrew M. Lagomarsino* | */s/ Jason D. Smith* |
| ANDREW M. LAGOMARSINO (NV Bar No. 6711) 3005 W Horizon Ridge Pkwy, Suite 241 | NICHOLAS J. SANTORO (NV Bar No. 532) JASON D. SMITH (NV Bar No. 9691) 10100 W. Charleston Blvd., Suite 250 |

---

Henderson, NV 89052
Tel.: (702) 383-2864 (702) 383-00656
Email: aml@lagomarsinolaw.com

*Attorneys for Plaintiff Alexandra Middleton*

Las Vegas, NV 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com
       jsmith@santoronevada.com

SUSAN L. GUTIERREZ (*Pro hac vice forthcoming*)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Tel.: (310) 557-2900 / Fax: (310) 557-2193
Email: sgutierrez@proskauer.com

NIGEL F. TELMAN (*Pro hac vice forthcoming*)
PROSKAUER ROSE LLP
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602-4342
Tel.: (312) 962-3548 / Fax: (312) 962-3551
Email: ntelman@proskauer.com

*Attorneys for Defendant McDonald's Corporation*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 26, 2020

3