**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
ADAM R. KNECHT, ESQ.
Nevada Bar #13166
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
(702) 384-7000/FAX (702) 385-7000
efile@alversontaylor.com
*Attorneys for Defendant*
*Snowed Inn, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDRA MIDDLETON, individually, | Case No.: 2:20-cv-00017-RFB-NJK |
| Plaintiff, | |
| vs. | **JOINT INTERIM STATUS REPORT PURSUANT TO LR 26-3** |
| SNOWED INN, LLC, a Nevada Limited Liability Company; and MCDONALD'S CORPORATION, a Delaware Corporation; | |
| | **Date:  May 15, 2020** |
| Defendants. | |

Plaintiff ALEXANDRA MIDDLETON ("Plaintiff") and Defendant SNOWED INN, LLC

and MCDONALD'S CORPORATION ("Defendants," and collectively with Plaintiff, the "Parties"),

by and through their undersigned counsel of record, hereby submit the following Joint Interim Status

Report pursuant to LR 26-3, as follows:

**A.     Status of Discovery**

On April 9, 2020 and April 13, 2020, the Parties met with the Honorable Brenda Weksler to

attempt settlement discussions in this matter.  The Parties were able to agree upon settlement terms

and have executed settlement documents.  Presently, Plaintiff is awaiting a final settlement payment

from Snowed Inn, upon receipt of which the Parties intend to file a stipulation and order for

dismissal with the court.

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY, SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

**ALVERSON TAYLOR & SANDERS**
LAWYERS
6605 GRAND MONTECITO PARKWAY, SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

1

**B.      Time Estimated For Trial**

2

As mentioned above, the Parties are have resolved this matter.

3

No trial date is currently set. In light of the Parties' soon-to-be filed stipulation and order for

4

5

dismissal, the Parties agree that a trial setting is no longer necessary.

6

DATED this 15th day of May, 2020.            DATED this 15th day of May, 2020.

7

**ALVERSON TAYLOR & SANDERS**           **LAGOMARSINO LAW**

8

/s/ Adam R. Knecht                     ___      /s/ Andre M. Lagomarsino
KURT R. BONDS, ESQ.                            ANDRE M. LAGOMARSINO, ESQ.

9

Nevada Bar No. 6228                            Nevada Bar No. 6711
ADAM R. KNECHT, ESQ.                           3005 W. Horizon Ridge Pkwy., #241

10

Nevada Bar No. 13166                           Henderson, Nevada 89052
6605 Grand Montecito Parkway, Suite 200        Telephone: (702) 383-2864

11

Las Vegas, NV 89149                            Facsimile: (702) 383-0065

12

(702) 385-7000                                 aml@lagomarsinolaw.com
efile@alversontaylor.com                       *Attorney for Plaintiff Alexandra Middleton*

13

*Attorneys for Defendant Snowed Inn, LLC*

14

DATED this 15th day of May, 2020.            IT IS ORDERED that the parties

15

must file dismissal paperwork or
another joint status report regarding

16

**SANTORO WHITMIRE, LTD.**                     the status of settlement by
6/15/2020.

17

/s/ Jason D. Smith                  ____
NICHOLAS J. SANTORO (NV Bar No. 532)

18

JASON D. SMITH (NV Bar No. 9691)               **IT IS SO ORDERED**
10100 W. Charleston Blvd., Suite 250

19

Las Vegas, NV 89135                            **DATED: May 19, 2020**

20

SUSAN L. GUTIERREZ (admitted pro hac vice)

21

COLE D. LEWIS (admitted pro hac vice)          _____
PROSKAUER ROSE LLP                             **BRENDA WEKSLER**

22

2029 Century Park East, Suite 2400             **UNITED STATES MAGISTRATE JUDGE**

23

Los Angeles, CA 90067-3010

24

NIGEL F. TELMAN (admitted pro hac vice)
PROSKAUER ROSE LLP

25

Three First National Plaza
70 West Madison, Suite 3800

26

Chicago, IL 60602-4342

27

*Attorneys for Defendant*

28

*McDONALD'S CORPORATION*

2                                    KB/26434

1

## **CERTIFICATE OF SERVICE**

2

A true and correct copy of the foregoing document was served on all counsel of record by e-

3

mail pursuant to this Court's CM/ECF system on May 15, 2020.

4

5                                                          */s/ Kimber Foster*_____
                                                          An Employee of Alverson Taylor
6                                                          & Sanders

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23          N:\kurt.grp\CLIENTS\26400\26434\pleading\Joint Status Report.doc

24

25

26

27

28

**ALVERSON TAYLOR & SANDERS**
**LAWYERS**
**6605 GRAND MONTECITO PARKWAY, SUITE 200**
**LAS VEGAS, NEVADA 89149**
**(702) 384-7000 FAX (702) 385-7000**

3                                                          KB/26434