**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
*Attorney for Plaintiff Alexandra Middleton*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXANDRA MIDDLETON, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SNOWED INN, LLC, a Nevada Limited Liability Company; and MCDONALD'S CORPORATION, a Delaware Corporation;<br><br>Defendant. | CASE NO: 2:20-cv-00017-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff ALEXANDRA MIDDLETON, by and through her attorney, ANDRE M. LAGOMARSINO, ESQ. of LAGOMARSINO LAW, Defendant SNOWED INN, LLC, by and through their attorney, ADAM KNECHT, ESQ. of ALVERSON TAYLOR & SANDERS, and Defendant MCDONALD'S CORPORATION, by and through their attorneys, JASON D. SMITH, ESQ. of SANTORO WHITMIRE, LTD. and SUSAN L. GUTIERREZ, ESQ. of PROKAUSER ROSE LLP, hereby stipulate to dismiss Plaintiff's Complaint, with prejudice, each party to bear its own fees and costs.

. . . .

. . . .

. . . .

. . . .

1  DATED this 18th day of June, 2020.

**LAGOMARSINO LAW**

  /s/ Andre M. Lagomarsino
ANDRE M. LAGOMARSINO, ESQ. (#6711)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorney for Plaintiff Alexandra Middleton*

DATED this 18th day of June, 2020.

**ALVERSON TAYLOR & SANDERS**

  /s/ Adam Knecht
KURT R. BONDS, ESQ. (#6228)
ADAM KNECHT, ESQ. (#13166)
6605 Grand Montecito Pkwy., #200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
*Attorney for Defendant Snowed Inn, Inc*

DATED this 18th day of June, 2020.

**SANTORO WHITMIRE, LTD.**

  /s/ Jason D. Smith
NICHOLAS J. SANTORO, ESQ. (#532)
JASON D. SMITH, ESQ. (#9691)
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
Telephone: (702) 948-8771
Facsimile: (702) 948-8773
*Attorney for Defendant McDonald's Corporation*

DATED this 18th day of June, 2020.

**PROKAUSER ROSE LLP**

  /s/ Susan L. Gutierrez
COLE D. LEWIS, ESQ. (*Pro Hac Vice*)
SUSAN L. GUTIERREZ, ESQ. (*Pro Hac Vice*)
NIGEL F. TELMAN, ESQ. (*Pro Hac Vice*)
2029 Century Park East, Ste. 2400
Los Angeles, CA 90067-3010
Telephone: (702) 948-8771
Facsimile: (702) 948-8773
*Attorney for Defendant McDonald's Corporation*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 18th day of June, 2020.

CASE NO: 2:20-cv-00017-RFB-NJK